**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>Petitioners,<br><br>FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Case No. _____ |

## APPLICATION AND PETITION FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782

For reasons set forth in the Memorandum of Law and Supporting Declarations of Odysseas Repousis and Aidan O'Rourke, Petitioners respectfully request that the Court (a) grant the Application And Petition For An Order To Conduct Discovery; (b) enter the Proposed Order attached to the Repousis Declaration; (c) authorize Petitioner, pursuant to 28 U.S.C. § 1782, to serve the Subpoena attached as Exhibit 1 to the Repousis Declaration for information and for the requested deposition; and (d) grant any and all other relief to Petitioners as deemed just and proper.

Dated: August 4, 2025

    /s/ *Odysseas Repousis*
Odysseas Repousis (Bar No. 5536354)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
295 5th Avenue, 9th Fl.
New York, NY 10016
Tel. (212) 849-7000
odysseasrepousis@quinnemanuel.com

David M. Orta (*pro hac vice forthcoming*)
Daniel Salinas (*pro hac vice forthcoming*)
QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel. (202) 538-8000
davidorta@quinnemanuel.com
danielsalinas@quinnemanuel.com

*Counsel for Petitioners Palladian Partners, L.P., HBK Master Fund L.P., Hirsh Group LLC, and Virtual Emerald International Limited*