UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>                    Petitioners,<br><br>FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782. | Case No. 1:25-mc-00330 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      On August 4, 52025, Applicants Palladian Partners, L.P., HBK Master Fund, L.P., Hirsh Group LLC, and Virtual Emerald International Limited (collectively, "Applicants") filed an application pursuant to 28 U.S.C. § 1782 for an order compelling discovery for use in a foreign proceeding (the "Application"). Dkt. 1. Although the Court has authority to address the Application *ex parte*, *see Gushlak v. Gushlak*, 486 F. App'x 215, 217 ("[I]t is neither uncommon nor improper for district courts to grant applications made pursuant to § 1782 *ex parte*.") (summary order), the Court will not do so absent a demonstrated basis.

      If Applicants believe there is a basis to proceed *ex parte*, they shall file a letter motion seeking leave to do so **within three days of the date of this Order**. In the absence of such a motion, Applicants shall serve on Respondent a copy of the Application and supporting papers, together with a copy of this Order, no later than **5 days from the date of this order**, and file proof of such service on the docket. In addition, Applicants shall serve those same papers on the Republic of Argentina — the party against whom the requested discovery is likely to be used — by the same date, also filing proof of service on the docket. *See Application of Sarrio, S.A.*, 119 F.3d 143, 148 ("[T]he ultimate targets of a § 1782 discovery order issued to third parties have standing to challenge the district court's power to issue a subpoena under the terms of an authorizing statute." (internal quotation marks omitted)). Respondent and the Republic of Argentina shall file any opposition to this Application no later than **two weeks from the date on which they are served**. Applicants' reply, if any, shall be due **one week from the date upon which the opposition is filed**.

      If the parties believe that a conference would be helpful, either before or after the matter is fully briefed, they shall so advise the Court by letter.

Dated: August 12, 2025
       New York, New York

                                                SO ORDERED.

                                            JENNIFER L. ROCHON
                                            United States District Judge