UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>Petitioners,<br><br>FOR AN ORDER TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Civil Action No. 1:25-mc-00330-JLR |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Samson A. Enzer of Cahill Gordon & Reindel LLP hereby enters his appearance as counsel for Benjamin Chow in the above-captioned proceeding. I certify that I am admitted to practice in this Court.

Dated: August 19, 2025

Respectfully submitted,

/s/ Samson A. Enzer
Samson A. Enzer
**CAHILL GORDON & REINDEL LLP**
32 Old Slip
New York, New York 10005
(212) 701-3125
senzer@cahill.com