UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of:<br><br>PALLADIAN PARTNERS, L.P., HBK MASTER FUND L.P., HIRSH GROUP LLC, and VIRTUAL EMERALD INTERNATIONAL LIMITED,<br><br>                     Petitioners,<br><br>FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782. | Case No. 1:25-mc-00330 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of Petitioners' response to the Court's order of August 12, 2025, directing Petitioners to file a letter motion seeking leave to proceed *ex parte* if it believed there was a basis to do so, *see* Dkts. 8, 12; as well as Respondent Benjamin Chow's request for an extension of time to object to the Section 1782 application, *see* Dkt. 16.

      The Court GRANTS Petitioners' request to proceed with the application prior to effectuating service of process upon the Republic of Argentina via the Hague Convention. The Court DENIES Respondent's request to hold in abeyance his deadline to object to the application until the Republic of Argentina has been served. The Court extends the deadline for Respondent to oppose the application to **September 10, 2025**.

Dated: August 27, 2025
       New York, New York

                                                SO ORDERED.

                                                *Jennifer Rochon*
                                                JENNIFER L. ROCHON
                                                United States District Judge